AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

580 PARKSON ROAD, LLC,

    Plaintiff,   **JUDGMENT IN A CIVIL CASE**

V.

    CASE NUMBER: **3:10-cv-00096-LRH-VPC**

WAIYAN VENTURES, LLC, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for a deficiency judgment (Doc. #23) is granted. Judgment is hereby entered in favor of plaintiff against defendant in the amount of $1,725,485.19.

  March 7, 2011     **LANCE S. WILSON**
                                                                                      Clerk

                                                                    /s/ Katie Lynn Ogden
                                                                        Deputy Clerk