# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

580 PARKSON ROAD, LLC,

                                 AMENDED

        Plaintiff,            JUDGMENT IN A CIVIL CASE

   V.

                           CASE NUMBER: **3:10-cv-00096-LRH-VPC**

WAIYAN VENTURES, LLC,
RICK S. LOUIE, STEPHANIE CHAN,

        Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for a deficiency judgment (Doc. #23) is granted.  Judgment is hereby entered in favor of  plaintiff against defendants in the amount of $1,725,485.19.

   March 7, 2011                      **LANCE S. WILSON**
                                         Clerk

                              /s/ Katie Lynn Ogden
                                Deputy Clerk